# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Brandon Smith

        Plaintiff,

v.          Case No.: 3:21–cv–00567

Tri–Star Energy, LLC

        Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/7/2023 re [29].

Lynda M. Hill
s/ Annecia L Donigan, Deputy Clerk